# *DELAWARE CORRECTIONAL CENTER*
## *SUPPORT SERVICES OFFICE*
### *MEMORANDUM*

0 5 -  5 9 8

TO: _Quintin Lowman_ SBI#: _282526_

FROM: *Stacy Shane, Support Services Secretary*

RE: _**6 Months Account Statement**_

DATE: _July 18, 2005_

FILED

AUG 1 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*Attached are copies of your inmate account statement for the months of* _January 1, 2005_ *to* _June 30, 2005_

*The following indicates the average daily balances.*

| **MONTH** | **AVERAGE DAILY BALANCE** |
|-----------|---------------------------|
| Jan | 2.97 |
| Feb | 4.65 |
| March | 1.29 |
| april | 5.91 |
| May | .20 |
| June | 0 |

*Average daily balances/6 months:* _2.46_

*Attachments*
*CC: File*

_Stacy Shane_
7/18/05

July 20, 2005
NOTARY public

**Individual Statement**

Date Printed: 7/18/2005

Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00282566 | Lowman | Quinton | D | | $0.85 |

Current Location: SU/1    Comments: QOL1

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 1/7/2005 | ($0.37) | $0.00 | $0.00 | $0.48 | 54502 | | | |
| Mail | 1/21/2005 | $10.00 | $0.00 | $0.00 | $10.48 | 59425 | | | |
| Canteen | 1/25/2005 | ($5.00) | $0.00 | $0.00 | $5.48 | 60313 | 1835450 | DST/POSTAGE | L. SUTTON |

Ending Mth Balance:    $5.48

## Individual Statement

Date Printed: 7/18/2005

Page 1 of 1

### For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.48 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00282566 | Lowman | Quinton | D | | | |
| Current Location: | SU/1 | | Comments: QOL1 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 2/4/2005 | ($0.37) | $0.00 | $0.00 | $5.11 | 65204 | | DST/POSTAGE | |
| Canteen | 2/8/2005 | ($4.95) | $0.00 | $0.00 | $0.16 | 66276 | | | |
| Mail | 2/17/2005 | $10.00 | $0.00 | $0.00 | $10.16 | 70158 | 783162183 | | L SUTTON |
| Canteen | 2/23/2005 | ($5.00) | $0.00 | $0.00 | $5.16 | 72615 | | | |
| | | | | Ending Mth Balance: | $5.16 | | | | |

# Individual Statement

Date Printed: 7/18/2005

Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.16 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00282566 | Lowman | Quinton | D | | | |
| Current Location: | SU/1 | | Comments: QOL1 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Canteen | 3/8/2005 | ($5.00) | $0.00 | $0.00 | $0.16 | 78528 | | | |

Ending Mth Balance: $0.16

## Individual Statement

Date Printed: 7/18/2005

### For Month of April 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | $0.16 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00282566 | Lowman | Quinton | D | | | | | | | |
| Current Location: | SU/1 | | Comments: QOL1 | | | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/5/2005 | $10.00 | $0.00 | $0.00 | $10.16 | 89889 | | | |
| Canteen | 4/19/2005 | ($7.28) | $0.00 | $0.00 | $2.88 | 96142 | 08246490556 | | D. PRICE |
| | | | | Ending Mth Balance: | $2.88 | | | | |

**Individual Statement**

Date Printed: 7/18/2005

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.88 |
|---|---|---|---|---|---|---|
| 00282566 | Lowman | Quinton | D | | | |
| Current Location: | SU/1 | | Comments: QOL1 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2005 | ($2.85) | $0.00 | $0.00 | $0.03 | 101723 | | | |
| Pay-To | 5/5/2005 | $0.00 | $0.00 | ($0.37) | $0.03 | 103639 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.03) | $0.00 | ($0.34) | $0.00 | 107197 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($3.89) | $0.00 | 111545 | | DST/POSTAGE | |
| Pay-To | 5/25/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 111594 | | DST/POSTAGE | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.09) | $0.00 | 112133 | | 07/05/04 | |

Ending Mth Balance: $0.00

**Individual Statement**

Date Printed: 7/18/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00282566 | Lowman | Quinton | D | | | |
| Current Location: | SU/1 | | Comments: QOL1 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 6/2/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 115412 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 119527 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 119614 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 122120 | | DST/POSTAGE | |
| Supplies-MailP | 6/21/2005 | $0.00 | $0.00 | ($2.81) | $0.00 | 122856 | | 7/12/04 | |

Ending Mth Balance: $0.00