(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

D ORIGINAL

(1) Quintin Lowman (282566)
(Name of Plaintiff)    (Inmate Number)

1181 Paddock Rd Smyrna, Del 19977
(Complete Address with zip code)

(2) ~~(Name of Plaintiff)  (Inmate Number)~~

~~(Complete Address with zip code)~~

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) First Correctional Medical
(2) Warden Thomas Carrol
(3) John/Jane Doe's 1 Through 4
(Names of Defendants)
(4) Dr. Rogers MD
(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

05 - 598
(Case Number)
( to be assigned by U.S. District Court)



FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**CIVIL COMPLAINT**

• • Jury Trial Requested

**I.  PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•• Yes) •• No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (• Yes) • No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed Several Grievances Addressing my Injury as well as lack of Medical Attention for Treatment

2. What was the result? I was Denied Any Further Testing or Treatment Through All Phases of the Grievance Process which Exhausted All Remedies Including An Appeal To The Bureau Chief

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: First Correctional Medical
Employed as Medical Provider at Delaware Correctional Center
Mailing address with zip code: 1575 McKee Rd Suite 201
Dover, Del 19904

(2) Name of second defendant: Thomas Carrol
Employed as Warden at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Rd.
Smyrna, Del 19977

(3) Name of third defendant: Jane/John Does 1 Through 4
Employed as Medical Staff at Delaware Correctional Center
Mailing address with zip code: 1575 McKee Rd Suite 201
Dover, Del 19904

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Dr. Rogers MD
Doctor at Delaware Correctional Center
1575 McKee Rd Suite 201
Dover Del 15904

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. MY STATEMENT of CLAIM HAS been Respectfully Added IN The Next 3 PAGES Address STATement of CLAIM Respectfully

2.

3.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like AN INJunction for TRestment by an Ortho Pedist AS It HAS been Noted That IS The PROPER course of Treatment

# STATEMENT of CLAIM

IN JANUARY 2004 while Housed AT The Delaware Correctional Center I Injured my Knee AT which Time I Filed A sick call And IN February 2004 I WAS Giving AN X-RAY That showed I Had A Fracture To my Right Knee And The only Course of Treatment I ever Recieved WAS AN Elastic Knee Support and Motrin.

Then In September 2004 I Reinjured The Same Knee But This Time more Severe I Notified C/O M. Scott who Told The Nurse And She Refused To See me And I Continued to Show All the Nurses That came by for medication Pass out How Swollen my Knee WAS And How much Pain I WAS IN

When I WAS Finally Seen X-RAYS were ordered And when The Results came Back It Said The Fracture Had Healed So I WAS only Giving A Pill for Pain And No other Treatment

I continued to fill out Sick Calls ON October 15th 2004 I WAS Seen by Dr. Rogers Who Acknowledged A Possible Problem in my Knee And That AN MRI. As well As being Seen by AN Orthopedist would be needed to find The Problem and correct It but Refused to order This Option

FROM October 15th 2004 until November 30th 2004 I continued to file Sick Calls And Medical Grievances IN AN Attempt to get Treatment for my Knee


(Pg2)

Injury An on December 14th 2004 FCM were suppose to Reexamine me to determine follow up treatment which they failed to do

However on November 30th 2004 I was seen by Grievance Committee members Kira Hargan Diane Reeve, Monique Broton All who Denied to get me Any further Treatment and said that No Ortho need or Recommended and Refused me An MRI Also Present at this Hearing was A Lise M Mearson who voted ABSTAIN

On January 5th 2005 I Recieved A Letter The Bureau Chief Paul W. Howard That There would be No further Review Done At which Time This Exhausted All Admistraitive Remidies

On April 5th 2005 I was seen by Doctor Rogers After Putting in yet Another sick call which at this Time she said she would Put me In for An MRI Just to shut me up

On May 13th 2005 I was Taking for the MRI which I was Previously Denied by the Grievence committee saying That It wasn't Necessary

On 6-1-05 I Recieved A letter From FCM Staff Saying That The MRI came Back ABNORMAL And I would be Refered to the Specialist (Orthopedist)

On 6-13-05 I filled out A sick call asking to speak to the Doctor to



Discuss what was abnormal in the MRI

On 6-17-05 I recieved a copy of this sick call from a Tony Munson RN stating that "The Doctor will schedule me to see him/her "when" the results come back" "If they are abnormal.

First Correctional Medical and there employees continue to provide inadquate and proper medical treatment to me they have denied me access to proper medical attention for testing, treating and correcting my injuries even after they were made aware that I do have a serious injury and I continue to be in pain and suffering to do the lack of treatment provided by FCM and their staff

FCM's lack of medical treatment is making my injury worse as well as causing me to have mental and physical anguish and pain and suffering

2. I would like to be Awarded Compensatory Damages Jointly And Severally against All Defendants Named In My Complaint

3. I would like to be Awarded Punitive Damages against All Defendant Named In My Complaint Jointly And Severally

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of AUGUST, 2005.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Legal Mail

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE
19801

Legal Mail

IM Quintin Lowman
SBI# 28-2566  UNIT SHU19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail