IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTIN LOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-598 KAJ |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| WARDEN THOMAS CARROL, | ) |
| JOHN/JANE DOES 1 THROUGH 4, | ) |
| DR. ROGERS, M.D., | ) |
| | ) |
| Defendants. | ) |

FILED
AUG 30
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Quintin Lowman, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.00 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 8-29-05, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 8-29-05, 2005.

_____
Name of Plaintiff

IM Quintin Lowman
SBI# 292566   UNIT SHU19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$ 00.37⁰  AUG 29 2005
MAILED FROM ZIP CODE 19977

Office of The Clerk
U.S. District Court
844 N King Street LockBox 18
Wilmsg, Del.
19801

Legal
Mail