05-598(KAJ)

8-28-05

Dear Hon. Judge Kent A. Jordan

First of All Thank You for Accepting to Hear my Civil Complaint In Your Honorable Court.

I'm writing you today In Regaurds To An Motion of Appointment of Counsel That I Can't Remember If I filed It with my Orignal complaint Or Do I Need To File Another one with This Honorable Court because I Definetly Need Assistance because I Really Don't Know All of what to Do I Thank You for Your Time and Response on This matter

Sincerly

Quintin Lowman 282566

CASE# 1:05-CV-598(KAJ)

Lowman V. First correctional medical

1181 Paddock Rd

Smyrna, Del,

19977

Also I'm okay with You Guys Taking money off my Inmate account to Pay the Filing Fee when It becomes Available but I Don't Have the $ To Pay the 20% At This Time my Account is Empty And I Do not Have Anybody Sending me Any money



FILED

AUG 30 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Quintin Lowman
SBI# 282566  UNIT SHU19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.37⁰ AUG 29 2005
MAILED FROM ZIP CODE 19977

Office of the Clerk
U.S. District Court
844 N King Street LockBox 18
Wilms, Del.
19801

[Legal Mail]