OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 31, 2005

TO: Quintin Lowman
    SBI# 282566
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Status Letter; 05-598(KAJ)*

Dear Mr. Lowman:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: Docket Sheet

⑥

05-598(KAJ)

8-28-05

Dear Hon. Judge Kent A. Jordan

First of All Thank You for Accepting to Hear my Civil Complaint In Your Honorable Court.

I'm writing you today In Regaurds To An Motion of Appointment of Counsel That I can't Remember If I filed It with my Orignal Complaint Or Do I Need To file Another one with This Honorable Court because I Definetli Need Assistance because I Really Don't Know All of what to Do I Thank You for Your Time and Response on This matter.

CASE # 1:05-CV-598(KAJ)
Lowman V. First Correctional Medical

Sincerly
Quintin Lowman 282566
1181 Paddock Rd
Smyrna, Del.
19977

Also I'm okay with you guys taking money off my Inmate Account to pay the Filing Fee when It becomes Available but I Don't Have the $ to pay the 20% at This Time my Account is Empty And I Do not Have Anybody sending me Any money



FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE