Dear Hon. Judge Kent A. Jordan

I'm writing you in regaurds to my civil case I would like to know what the current status is and what is going with my motion for counsel also I have been transferd to C-VOP Po Box 5003 Smyrna Del 19977 Thank you for your time on this matter

Sincerly
Quintin Lowman
Case# 1:05 CV 598 KAJ



FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

