OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 29, 2005

TO:  Quintin Lowman
     SBI# 282566
     C-VOP
     P.O. Box 5003
     Smyrna, DE 19977

    *RE:*  **Status Letter; 05-598(KAJ)**

Dear Mr. Lowman:

    This office received a letter from you requesting the status of your case.  Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                Sincerely,

/bad                            PETER T. DALLEO
                                CLERK

cc:  The Honorable Kent A. Jordan

Dear Hon. Judge Kent A. Jordan

8

I'm writing you in Regards to my civil case I would like to know what the current status is And what is going with my motion for counsel Also I have been transferd to C-VOP PO Box 5003 Smyrna Del 19977 Thank you for your time on this matter

Sincerly

Quintin Lowman
Case# 1:05 CV 598 KAJ

FILED

NOV 28 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned