Dear Hon. Kent A. Jordan                               Dec 5th 2005

I'm writing you in regards to my address change to let you know that I'm currently being housed at Delaware Correctional Center and not at Central V.O.P Center. Thank you for your time on this matter.

Sincerly
Quintin Lowman
SBI# 282566

Case Name: Lowman V. FCM
Case #: 1:05-CV-598 KAJ.

FILED
DEC 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

[Scanned envelope image]

From:
IM Quintin Lowman
SBI# 282566  UNIT SHU
DCC
1181 Paddock Rd
SMYRNA, DELAWARE 19977-5003

LEGAL

[Postage: $00.37 PITNEY BOWES, DEC 14 2005, MAILED FROM ZIP CODE 19977]

To:
Office of the Clerk
U.S. District Court
844 N. King Street Lockbox 18
Wilm, Del 19801

LEGAL MAIL
U.S.M.
X-RAY