1-11-06

Quintin Lowman
V.                                    Civil Action # 05-598
First Correctional Medical              KAJ

Dear Honorable Kent A Jordan
  I'm writing you in Regards to the U.S. Marshal-285 forms that I mailed out yesterday.
  Today talking to a friend of mine he showed me a couple of sample forms and I noticed that I didn't do my forms the way the sample forms were done and also reading Your Honors Court order I believe that I filled the forms out wrong as well as the forms for the Attorney Generals office.
  Also with these forms I mailed the copies of my complaint Required by the Court order and I Respectfully ask this Honorable court save these copies of my complaint for each Defendant but Disregaurd all U.S. marshal/285-forms that were sent and accept the new marshal forms that I will be sending out the First of the week of 1-16-06 Thank you for you understanding and time on this matters.

Respectfully Requested
Quintin Lowman

Also note that my TEMP. mailing Address is as follows To ensure I'll get all correnspondences from this court upon my Release From D.C.C. on 1-22-06 I will still Reside in Delaware I Just Don't know where

Quintin Lowman
P.O. Box 475
Horntown, VA. 23395

FILED
JAN 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Quinton Lowman
SBI# 282566  UNIT SHUR
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
U.S. District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801