1-13-06

Quintin Lowman
V.
First Correctional Medical

Civil Action #
05-598-KAJ

Dear office of The clerk

I'm writing you In ~~Response~~ Regaurds To The U.S. Marshal forms That I Mailed to This Honorable court You See I'm confussed As To If I Filled Them out PROPERLY because I've been Told Several Different Things Now So before I waste any more of This Honorable courts Time I Respectfully Ask That You let me Know If The forms I Sent Are Done PROPERLY or If I need To make Any changes To Do Them PROPERLY And Also let me Know If There Is Any other steps I need To Take At This Time I will Await This courts Response before I submitt Any New Marshal forms If They Are needed Also Will You Please Send me A copy of my Civil Docket To my New Mailing Address because I will be leaving DCC on 1-22-06

Sincerly
Quint Lowm

Quintin Lowman
P.O. Box 475
Horntown, VA
23395



FILED
JAN 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Quintin Lowman
SBI# 282566    UNIT SHU5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal MAIL

Office of The Clerk
U.S. District court
844 N.King STREET LockBox18
Wilmington, Del
19801

Legal mail