OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2006

TO: Quintin Lowman
    P.O. Box 475
    Horntown, VA 23395

**RE: Letters in Reference to 285's; 05-598(KAJ)**

Dear Mr. Lowman:

    The above referenced letters were received by this office requesting assistance regarding 285 service. Be advised that this office is unable to render legal advice and therefore we are unable to assist you. Enclosed please find blank 285 forms for you to fill out.

Sincerely,

PETER T. DALLEO
CLERK

/bad

cc: The Honorable Kent A. Jordan
enc: 285 forms

(14)

1-13-06

Quintin Lowman
V.                                    Civil Action #
First Correctional Medical             05-598- KAJ

Dear Office of The Clerk
   I'm writing You in Reguards to the U.S. Marshal forms that I mailed to this Honorable court You see I'm confussed as to if I filled them out properly because I've been told several different things now so before I waste any more of this Honorable courts Time I respectfully ask that You let me know if the forms I sent are done properly or if I need to make any changes to do them properly and also let me know if there is any other steps I need to take at this time I will await this courts response before I submit any new marshal forms if they are needed Also will You please send me a copy of my civil docket to my new mailing address because I will be leaving DCC on 1-22-06

                                     Sincerly
                                     Qnt Lown

Quintin Lowman
P.O. Box 475
Horntown, VA
23395



FILED
JAN 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

(13)

1-11-06

Quintin Lowman
  V.                                Civil Action # 05-598
First Correctional Medical                    KAJ

Dear Honorable Kent A Jordan
  I'm writing you in reguards to the U.S. Marshal-285 forms that I mailed out yesterday.
  Today talking to a friend of mine he showed me a couple of sample forms and I noticed that I didn't do my forms the way the sample forms were done and also reading your honors court order I believe that I filled the forms out wrong as well as the forms for the Attorney General's office.
  Also with these forms I mailed the copies of my complaint required by the court order and I respectfully ask this Honorable court save these copies of my complaint for each defendant, but disregaund all U.S. marshal/285-forms that were sent and accept the new marshal forms that I will be sending out the first of the week of 1-16-06 thank you for you understanding any time on this matters

Respectfully Requested
Quintin Lowman

FILED
JAN 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BP scanned

Also note that my temp. mailing address is as follows to ensure I'll get all conrenspondences from this court upon my release from D.C.C. on 1-22-06 I will still reside in Delaware I just don't know where

Quintin Lowman
P.O. Box 475
Horntown, VA. 23395