Civil Action # 05-598-KAJ

Dear Honorable Judge Kent A. Jordan                    1-10-06

I'm writing you in regaurds to making sure that I did the right thing with these U.S. Marshal forms.

I'm sending 8 U.S. Marshal forms to the office of the Clerk one for each of the Defendants in my case And one for the Attorney Generals office However I'm also sending 1 straight to the Attorney General just to be sure it's done right and I didn't misunderstand this paper I recieved

Also I'm sending (8) Eight copies of my complaint because I already sent the original copy to this Honorable Court when I first filed my complaint

Thank you for your time to address my issues

Quintin Lowman
P.O Box 175
Horntown, VA 23395
This will be my new temp. mailing address for the time being

P.S. Also notice that on the U.S. Marshal forms I have used my mothers Address in Virginia for the time being until I find out where I will be living upon my Release on 1-22-06 Respectfully Requested This is Just A Temporary mailing Address

Please mail all response's to this address until further notice Please

Sincerly
Quintin Lowman
282566

I Also Realized I was not suppose to mail a marshal form directly to the Attorney General So I Didn't

JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Quintin Lowman
#282566  UNIT SHU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office Of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801

Legal Mail

Legal Mail