Quintin Lowman

V                          CA# 05-598-KAJ
First Correctional Medical ET.AL

Dear Judge Jordan,


    I am writing you in response to my new Delaware mailing address which I have respectfully put at the bottom. Also would you please let me know the status of the U.S. Marshall 285 form I filed with the court as well as send me a copy of my civil docket thank you for your time on this matter.

New mailing address
740 West Mount Vernon Street
Smyrna Delaware 19977

respectfully

Quintin Lowman

DATE 1-29-06



Quintin Lowman
740 W. Mt Vernon Street
Smyrna, Del, 19977

U.S. District Court
844 N. King Street
Wilmsg, Del.
19801

U.S.A.