U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF
_Quintin Lowman_

COURT CASE NUMBER
_05-598-KAJ_

DEFENDANT _First Correctional Medical, DR Rogers MD Thomas Carrol, John/Jane Doe 1 through 4_

TYPE OF PROCESS
_Civil Action_

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
_Attorney General of State of Delaware_

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT _820 N. French Street Wilmington, Del 19801_

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

_Quintin Lowman_
_P.O. Box 475_
_Horn Town VA_
_23395_

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                   Fold

Signature of Attorney or other Originator requesting service on behalf of:
_Quintin Lowman_

☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER

DATE
_1-11-06_

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. _15_ | No. _15_ | _BF_ | _1-25-06_ |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc., named above (See remarks below)

Name and title of individual served (if not shown above)
_Keith Brady_

Address (complete only if different than shown above)

FILED
FEB - 1 2006
U.S. DISTRICT COURT

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service _1/31/06_   Time _11:00_  ☐ am ☑ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: