OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 2, 2006

TO: Quintin Lowman
740 West Mount Vernon Street
Smyrna, DE 19977

**RE:  *Status Letter; 05-598(KAJ)***

Dear Mr. Lowman:

This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc. Docket Sheet

Quintin Lowman

V                               CA# 05-598-KAJ
First Correctional Medical ET.AL

Dear Judge Jordan,

    I am writing you in response to my new Delaware mailing address which I have respectfully put at the bottom. Also would you please let me know the status of the U.S. Marshall 285 form I filed with the court as well as send me a copy of my civil docket thank you for your time on this matter.

New mailing address
740 West Mount Vernon Street
Smyrna Delaware 19977

respectfully

*[signature]*
Quintin Lowman

DATE 1-29-06

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JAN 31 PM 1:13
scanned