**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **QUINTIN LOWMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Civil Action No. 05-598-KAJ** |
| **v.** | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL,** | ) | |
| **WARDEN THOMAS CARROLL,** | ) | |
| **JOHN/JANE DOES ONE THROUGH** | ) | |
| **FOUR, DR. ROGER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Defendant Warden Thomas Carroll ("Defendant Carroll"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon Defendant Carroll.  Defendant Carroll specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Erika.Tross@state.de.us
Attorney for Defendants

Dated: March 8, 2006

# <u>CERTIFICATE OF SERVICE</u>

I, Erika Y. Tross, Esq., hereby certify that on March 8, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Quintin Lowman
740 West Mount Vernon Street
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400