**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| QUINTIN LOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 05-598-KAJ |
| v. | ) |
| | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| WARDEN THOMAS CARROLL, | ) |
| JOHN/JANE DOES ONE THROUGH | ) |
| FOUR, DR. ROGER, | ) |
| | ) |
| Defendants. | ) |

### STATE DEFENDANT THOMAS CARROLL'S MOTION TO DISMISS

COMES NOW, the Defendant Thomas Carroll, by and through his undersigned counsel, and hereby moves this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against Defendant Carroll pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of the Motion, Defendant Carroll has filed simultaneously herewith State Defendant Thomas Carroll's Memorandum Of Points And Authorities In Support Of The Motion To Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, Defendant Carroll respectfully requests that this Honorable Court enter an order, substantially in the form attached hereto, dismissing the claims against him with prejudice.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, Delaware 19801
        (302)577-8400

        Attorney for Defendant Thomas Carroll

Dated: March 9, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 05-598-KAJ |
| v. | ) | |
| | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| WARDEN THOMAS CARROLL, | ) | |
| JOHN/JANE DOES ONE THROUGH | ) | |
| FOUR, DR. ROGER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon Defendant Thomas Carroll's Motion To Dismiss pursuant to Federal Rule Of Civil Procedure 12(b)(6) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Complaint filed in the above-captioned action is **DISMISSED WITH PREJUDICE** as to Defendant Thomas Carroll.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on March 9, 2006, I caused a true and correct copy of the attached *State Defendant Thomas Carroll's Motion To Dismiss* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Quintin Lowman
740 West Mount Vernon Street
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400