DATE/3-21-06

Dear Judge Jordan

I'm writing you in resgurds to paying the $250 filing fee for my civil complaint. Now That I'm not incarcerated I know my money problem has changed a little Bit But I would like to Know If There is A New Form I must File because I can't aford To my The whole Thing At This Time so It There IS A form will you Please mail It To me or Tell me Where To Get



FILED

MAR 24 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerly

Quintin Low

V.

First correctional medical
Et.Al

Quintin Lowman



C.A.#05-598-KAJ



Quinton Townes
127 Boss Brown Ln
Camden, Del
19934

U.S. District court
office of the Clerk
844 N. King Street
Lock Box 18
Wilms. Del
1780]