IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTON LOWMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 05-598-KAJ |
| FIRST CORRECTIONAL MEDICAL, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff Quinton Lowman ("Lowman"), was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Delaware at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on March 17, 2006, this Court ordered Lowman to submit a new application to proceed *in forma pauperis* in light of the fact that he was released from prison, and an amended application was filed with the Court (D.I. 33);

THEREFORE, at Wilmington this 12th day of May, 2006, the Court having considered the amended application to proceed without prepayment of fees under 28 U.S.C. § 1915 (D.I. 33) IT IS HEREBY ORDERED that the application (D.I. 33) is GRANTED.

UNITED STATES DISTRICT JUDGE