IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTIN LOWMAN, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-598-KAJ ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) ) ) |
|     Defendants. | ) ) |

## ORDER

WHEREAS, Plaintiff provided to the Court USM-285 forms for service of Defendants First Correctional Medical, John and Jane Does One through Four, and Dr. Rogers;

WHEREAS, the USM-285 forms for Defendants First Correctional Medical and Dr. Rogers were returned unexecuted with the remark, "No longer @ address provided. Ret. unexecuted") (D.I. 19, 21);

WHEREAS, THE USM-285 forms for John and Jane Does One through Four were returned unexecuted with the remark, "Cannot serve unknown defs. Ret. unexecuted") (D.I. 18, 20, 22, 23);

WHEREAS, service cannot be effected upon Defendants without the correct address or without the Defendants' identification;

THEREFORE, at Wilmington this 16th day of August, 2006, IT IS HEREBY ORDERED that:

1. No later than September 8, 2006, Plaintiff shall provide USM-285 forms containing correct addresses so that service may be effected upon Defendants First

Correctional Medical and Dr. Rogers.

2. Plaintiff shall make attempts to learn the identity of the Doe Defendants. When they are identified Plaintiff shall immediately apply to this Court for an order directing amendment of the caption and for service of the complaint upon them.

_____
UNITED STATES DISTRICT JUDGE