Spt. 19, 2006

To whom this may concern,
I'm writing you this letter to inform you that I have changed my address from:
Quintin Lowman P.O Box 475
Horntown Va 23395 to:
Quintin Lowman
1440 Nigbee St.
Phila. Pa. 19149

I would also like to inform you that I also summited form USM-285 to be served to First Medical Center (Et. Al.)

Thank you.
Quintin Lowman

05cv598KAJ
FILED
SEP 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Quintin Lowman
440 Higbee St.
Phila. Pa. 19149

PHILADELPHIA PA 191
19 SEP 2006 PM 2 T

Office of the Clerk
U.S. District Court
844 N. King Street
Lock Box 18
Wilmington, Del
19801

U.S.M.S.
X-RAY

