In The United States District Court
For the District of Delaware

Quintin Lowman
3765 Richmond St.
Phila. Penna. 19137

Vs.

First Correctional Medical
et. al
6861 N. Oracle Rd.
Tucson Arizona 85704

05-598-KAJ
Case number


FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion for Default Judgement

1. On December 29th 2005, after satifying the filing prerequisites of 28 U.S.C. 1915A, and the court having identified a cognizable Eighth Amendment Medical Claim I was ordent to file the U.S. Marshals 285 forms in which I did

2. On October 5th 2006, First Correctional Medical was served with my complaint and a date of December 4th 2006 was set for a response to my complaint

3. On December 1st 2006, Dr. Dale Rogers was served with my complaint and a date of December 21st 2006 was set a response to my complaint

4. As of todays Date January 22nd 2007 neither F.C.M. nor Dr. Rogers as responded as ordered by this court respectfully and I having followed at the rules set forth by this court as a Pro'se litigant I ask this

Court to accept and grant my motion for Default Judgement as follows respectfully.

## Relief

1. I would like to be awarded $250,000 compensatory and punitive damages jointly and severally against First Correction Medical

2. I would like to be awarded $50,000 compensatory and punitive damages jointly and severally against Dr. Dale Rogers

I declare under penalty of perjury that the forgoing is true and correct

Signed this 22nd day of January 2007

*[signature]*
Quintin Lowman

## Certificate of Service

I Quintin Lowman hereby certify that on January 23rd 2007 I caused a true and correct copy of my motion for Default Judgement to be served to the following by placing said motion in the U.S. Mail

### name and address of recipient

Office of the Clerk
844 N. King St.
Lock Box 18
Wilmington Del.
19801

### manner of Delivery

1 original copy
2 copies mailed Certified mail in the U.S mail

*Quintin Lowman*
1/23/07