To The Honorable Judge
Assigned To My Case

I'm writing this letter in Regaurds to me being a PRO SE Litasiant In This complaint, I Really Don't Have The Resources or To Much Legal Knowledge From This Point Now That I'm filing This motion And I Don't Know If This is fully correct And I Respectfully Ask This Court To Take Into Account That I'm A PRO SE Litigant And show some leanency when considering my motions And If something is Incorrect Please Allow Me To correct It Thank You for Your Time on This Matter

Sincealy
Quintin Lowman

[signature]

1-22-007



FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Gio Jourman
3765 Richmond St
Phila, PA 19137

PHILADELPHIA PA
27 JAN 2007 PM

Office of The Clerk
844 N. King St. LockBox 18
Wilms, Del 19801