OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 30, 2007

Quintin Lowman
3765 Richmond Street
Philadelphia, PA 19137

Re: Motion for Default Judgment and Letter Received 1/29/07
Civil Action No. 05-598 KAJ
Notice of Deficiency as to: Service of Documents upon Defense Counsel

Dear Mr. Lowman :

Pursuant to Local Rule 5.1.2, I write to report the Clerk has accepted the above papers for docketing, but the Court will take no action with regard to the matter until the following deficiency is corrected:

___ 1. Local Counsel (Local Rule 83.5 (d))
- ___ All notices, pleadings and papers shall be served on local counsel
- ___ All papers filed with the Court must be signed by local counsel

___ 2. Form of Papers (Local Rule 5.1.1)
- ___ Cover page fails to comply with Local Rule 5.1.1
- ___ Information below signature line fails to comply with Local Rule 5.1.1 & 7.1.3 (a)(1) - no Delaware Bar I.D. number
- ___ other:

XX 3. Service (Local Rule 5.2)
- XX Paper lacks certification of service for service upon Defense Counsel.
- ___ Letter fails to identify proper service - No copy to the Clerk of Court
- ___ Letter fails to indicate method of delivery for all recipients

___ 4. Number of Copies (Local Rule 5.3 and the Court's Scheduling Order)

___ 5. Motions (Various Local Rules and the Court's Scheduling Order)
- ___ Failure to schedule conference with the Court prior to filing

discovery motion according to the Court's Scheduling Order

___ Failure to include statement showing efforts to reach agreement according to Local Rule 7.1.1

___ Failure to include pleading as amended, and one copy; the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added according to Local Rule 15.1

___ Discovery motion does not include or recite discovery that is subject of motion according to Local Rule 37.1

___ Failure to file an Opening Brief and accompanying affidavit(s) on the date of the filing of the said motion according to

Local Rule 7.1.2.

___ No Notice of Motion is Required according to Local Rule 7.1.2

___ No Proposed Order filed with the motion

___ 6. Briefs (Local Rules 7.1.2 and 7.1.3)

___ Cover

___ Format Local Rule 7.1.3 (a)(3)

___ Length

___ Other

___ 7. Request for Extension of Time (Local Rule 16.5)

___ Lacks Statement

___ Other

XX 8. Other - **Copies of all documents filed with the Court must be served upon Defense counsel. Defense counsel's address information is attached. Also, it is your responsibility to notify the Court of your change of address. We have updated your information.**

Your papers have been docketed by the Court, however no action will be taken until the above discrepancies have been corrected. Pursuant to Rule 5.1.2 please promptly serve a copy of this notice on all other parties.

Very truly yours,

Bob Cruikshank

Deputy Clerk

Enclosure

cc: Case File

All local counsel via CM/ECF

**Search Results**

Quintin Lowman
1440 Higbee St.
Philadelphia, PA 19149

Erika Yvonne Tross
Delaware Department of Justice
820 North French Street
6th Floor
Wilmington, DE 19801

**Total labels:** 2

**Not printed due to inadequate address:** 7