# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTIN LOWMAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-598-*** |
| FIRST CORRECTIONAL MEDICAL, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007.**

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Wednesday, March 21, 2007 at 10:00 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE