IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-598-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for defendants First Correctional Medical and Dale Rogers, M.D., in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

                                                **McCULLOUGH & McKENTY, P.A.**

                                                /s/ Dana Spring Monzo
                                                Dana Spring Monzo
                                                1225 N. King Street, Suite 1100
                                                P.O. Box 397
                                                Wilmington, DE 19899-0397
                                                (302) 655-6749
                                                Attorney for Defendants First Correctional Medical and Dale Rogers, M.D.

Dated: February 27, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-598-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that this date attached *Entry of Appearance* was served to the following:

Quintin Lowman
3765 Richmond St.
Philadelphia, PA 19137

Erika Yvonne Tross, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendants First Correctional Medical and Dale Rogers, M.D.

Dated: February 27, 2007