IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-598-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | JURY OF 12 DEMANDED |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER OF DEFENDANTS FIRST CORRECTIONAL MEDICAL AND
DALE ROGERS, M.D.**

Defendants First Correctional Medical, hereinafter "FCM", and Dale Rogers, M.D., respond as follows to the allegations set forth in the plaintiff's Complaint:

1. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

2. Denied that answering defendants breached a medical standard of care.

3. Denied that answering defendants were deliberately indifferent to a serious medical need or in any way violated the plaintiff's Eighth Amendment rights.

**AFFIRMATIVE DEFENSES**

4. Plaintiff fails to state a claim upon which relief may be granted.

5. Plaintiff fails to state a 42 U.S.C. §1983 claim against answering defendants.

6. The complaint fails to state a claim against defendant FCM upon which plaintiff may recover with respect to all claims for civil rights violations, including all claims under 42 U.S.C. §1983 and the 8th Amendment of the Constitution of the United States, as there is no vicarious

liability for civil rights claims.

7. The complaint fails to state a claim against answering defendants upon which plaintiff may recover with respect to all civil rights claims as answering defendants were not deliberately indifferent to a serious medical condition.

8. Plaintiff failed to properly plead a medical malpractice action against answering defendants.

9. Plaintiff failed to file an affidavit of merit pursuant to 18 Del. C. § 6853.

10. Answering defendants provided plaintiff with medical care that was appropriate for his conditions and which met the applicable standards of care.

11. Plaintiff has failed to proffer any medical expert testimony or support for his claims of medical negligence.

12. Plaintiff failed to exhaust his administrative remedies.

13. The Complaint fails to state a claim for punitive damages upon which plaintiff may recover.

**WHEREFORE,** the answering defendants ask that the Complaint against them be dismissed with prejudice and all costs be assessed against the plaintiff.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendants First Correctional Medical
and Dale Rogers, M.D.

Dated: February 27, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-598-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that this date attached *Answer* was served to the following:

Quintin Lowman
3765 Richmond St.
Philadelphia, PA 19137

Erika Yvonne Tross, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for Defendants First Correctional Medical and Dale Rogers, M.D.

Dated: February 27, 2007