LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH  (DE, PA)<br>DANIEL L. MCKENTY  (DE)<br>GERALD J. HAGER  (DE, PA)<br>DANA SPRING MONZO  (DE, PA)<br><br>PARALEGALS<br> JUSTINA K. BAYLESS<br> CANDACE E. HOLMES<br> LAURA B. SPENCE<br> MARY S. MOONEY | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397<br><br>TEL: (302) 655-6749<br>FAX: (302) 655-6827 | PENNSYLVANIA OFFICE<br>123 S. Broad Street<br>Suite 2035<br>Philadelphia, PA 19109<br><br>**Writer's Direct Contact**<br>Telephone Extension:  31<br>dmonzo@mccmck.com<br>www.mccmck.com |

April 11, 2007

Magistrate Judge Mary Pat Thynge
U.S. District Court
District of Delaware
844 N. King St., Lock Box 8
Wilmington, DE 19801

        **RE:** **Quintin Lowman v. FCM**
              **Civil Action No. 05-598-\*\*\***

Dear Judge Thynge,

    This letter is regarding the teleconference scheduled before Your Honor on Monday, April 16, 2007, at 9:30 a.m.  Your Honor has asked me to initiate the teleconference between the plaintiff, Erika Tross, Esquire, and myself.

    It is my understanding that Mr. Lowman is no longer incarcerated.  I do not have a current telephone number for Mr. Lowman.  After speaking with Ms. Tross, Ms. Tross attempted a search of Mr. Lowman's telephone number.  Ms. Tross came up with a number 215-535-2904.  I attempted to call that telephone number today to schedule the teleconference with Mr. Lowman and learned that the number had been disconnected via a recorded message.

    Please advise how you would like us to proceed with the teleconference scheduled for this upcoming Monday.  I do not have any other information regarding a telephone number for the plaintiff, Mr. Lowman.  Additionally, Ms. Tross has informed me that Mr. Lowman has five outstanding warrants.  This may add to the difficulty of finding a telephone number for him.  I will await direction from Your Honor on how to proceed.  I remain,

                                    Respectfully yours,

                                    /s/ Dana Spring Monzo
                                  Dana Spring Monzo

DSM:ceh
H:\FILES\DAN\Lowman (FCM)\Thynge1 - teleconference.wpd
    cc:     Erika Tross, Esquire
              Quintin Lowman