IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTON LOWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-598-*** |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

At Wilmington, this 25th day of May, 2007;

WHEREAS, defendants First Correctional Medical and Dr. Rogers filed a motion to dismiss on February 27, 2007 (D.I. 46); therefore,

IT IS HEREBY ORDERED that plaintiff's motion for default judgment (D.I. 40) is DENIED as moot.

_____
United States Magistrate Judge