STATE of Delaware

RECEIVED
OCT 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Quintin Lowman
V.

First Correctional Medical
Et. AL

CASE# 05-598-KAJ

Notice of motion For Appointment
of Counsel And leinency on
Filing Deadlines And court Rules by
A PRO'SE Plaintiff

Grounds for Relief To Be Consider

① I Am unAble To use The Knowledse And Skill of the
LAW Rules And PROCedures The WAY The ATTORNEYS for
The PlAintiffs CAN

② Since I was Released FROM DelAwAre Correctional
center on JAN. 22nd 2006 I HAve Not HAd ANY stAble
PlAce To live IN which I CAN PROPerly Recieve MAIL
About My COURt cAse

③ I No longer HAVe Access To LAw library And legAL
Reference Help That I HAd AT D.C.C. And CAN Not
Afford To Hire A lAwyer

④ I Realize That I HAve missed Filing Deadlines set by
This court But I Ask for leinency Since The Plaintiffs
HAve Also miss Filing Dates And Deadlines set forth by
This Honorable court

(5) With The following beins brought forth I
Respectfully ASK This Honorable court To
Grant said Motion As It HAS Already HAVING
Identified A cognizable 8th Admenlmcant complains

Quintin Lowman

I would Respectfully ASK That This
Honoralbe court Accept This Temporary change of
Address noted by The Plaintiff

PP# 1028008

Quintin Lowman
8201 STATE Rd
Phila PA
19163



Q. Lowe
8201 State Rd
Phila PA
19163

PHILADELPHIA PA 191
17 OCT 2007

Office of The Clerk
844 N King Street LocKBox 18
Wilmg De l
19801