

RT-5

RECEIVED

MAR - 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

05-598

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

NIXIE        197    3E2    1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19901357099        *1727-21067-12-40

Lowman
8201 S          19163
Philadelphia,

Case 1:05-cv-00598-SLR-LPS    Document 55    Filed 02/11/2008    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QUINTIN LOWMAN,                         )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )    Civ. No. 05-598-SLR/LPS
                                        )
FIRST CORRECTIONAL MEDICAL,             )
et al.,                                 )
                                        )
        Defendants.                     )

**ORDER REGARDING REFERENCE
PURSUANT TO 28 U.S.C. § 636**

At Wilmington this  11th  day of February, 2008, the above case having been

reassigned from the vacant judgeship caseload;

IT IS ORDERED that the case is hereby referred to Magistrate Judge Leonard P.

Stark.  Consistent with 28 U.S.C. § 636(b), Judge Stark shall conduct all proceedings,

and hear and determine all motions,[1] through and including the pretrial conference.[2]

The above caption shall be used in all subsequent filings in this action.

_____
United States District Judge

---

[1]Dispositive motions by report and recommendation; nondispositive motions by order (either written or issued from the bench).

[2]With respect to discovery disputes, the court's Electronic Discovery Default Standard and Default Standard for Access to Source Code shall continue to be applicable.

## Other Orders/Judgments

1:05-cv-00598-SLR Lowman v. First Correctional Medical et al
PaperDocuments, VACANTJUDGESHIP

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 2/11/2008 at 5:06 PM EST and filed on 2/11/2008
**Case Name:**       Lowman v. First Correctional Medical et al
**Case Number:**     1:05-cv-598
**Filer:**
**Document Number:** 55

**Docket Text:**
ORDER Regarding Reference Pursuant to 28 U.S.C. § 636 REFERRING CASE to Magistrate Judge
Leonard P. Stark. Judge Stark shall conduct all proceedings, and hear and determine all motions,
through and including the pretrial conference. Signed by Judge Sue L. Robinson on 2/11/2008.(fmt)

**1:05-cv-598 Notice has been electronically mailed to:**
Daniel L. McKenty dmckenty@hfddel.com, nvangorder@hfddel.com
Erika Yvonne Tross Erika.Tross@state.de.us

**1:05-cv-598 Notice has been delivered by other means to:**

Quintin Lowman
8201 State Rd.
Philadelphia, PA 19163

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/11/2008] [FileNumber=518514-0]
[7984164dc08583667e3b8302a85d9e5c6e62a4fa053fca3e2cf1dffe85b72d9f5f9a
c83f1bfab960795c644d9b166505e4c392cfdaa5235f0ed1d948ca3890d5]]