Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

R.T.S.



05-598 SLR

No Prison Fund
Lewis @ inmate

NIXIE   191   DE 1           00 03/04/08

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19809001919         *1527-12567-01-40

FILED
MAR 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

$00.41⁰
US POSTAGE
Mailed From 198
02/2008
049J82023030

**ᴄty Events**

:05-cv-00598-\*\*\*-MPT Lowman v. First Correctional Medical et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2008 at 3:33 PM EST and filed on 2/1/2008
**Case Name:**     Lowman v. First Correctional Medical et al
**Case Number:**   1:05-cv-598
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case reassigned from the Vacant Judgeship to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (maw)

**1:05-cv-598 Notice has been electronically mailed to:**
Daniel L. McKenty  dmckenty@hfddel.com, nvangorder@hfddel.com
Erika Yvonne Tross  Erika.Tross@state.de.us

**1:05-cv-598 Notice has been delivered by other means to:**

Quintin Lowman
8201 State Rd.
Philadelphia, PA 19163