IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QUINTON LOWMAN,                    :
                                   :
        Plaintiff,                 :
                                   :
    v.                             :   Civ. Action No. 05-598-SLR
                                   :
FIRST CORRECTIONAL MEDICAL,        :
WARDEN THOMAS, JOHN AND            :
JANE DOES 1 THROUGH 4, AND         :
DR. ROGERS,                        :
                                   :
        Defendants.                :

**ORDER**

At Wilmington this <u>10th</u> day of <u>June</u>, 2008, IT IS ORDERED that:

Plaintiff shall advise the Court of his correct mailing address **no later than July 10, 2008**. Mail sent to Plaintiff was returned as undeliverable on March 6, 2008 (D.I. 56), March 17, 2008 (D.I. 57), and June 9, 2008 (D.I. 60). It is Plaintiff's obligation to inform the Court of any changes in his address.

**NOTE: Failure to timely comply with this Order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE