

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUN 18  PM 1:27

Quinta Lowman
8201 State Rd.
Philadelphia, PA 19163

05-598

No record
found

$00.42
US POSTAGE

NIXIE        191      DE 1          00  06/13/08

          NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC:  19899001818          *1627-02310-10-40

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

QUINTON LOWMAN,                      :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :   Civ. Action No. 05-598-SLR
                                     :
FIRST CORRECTIONAL MEDICAL,          :
WARDEN THOMAS, JOHN AND              :
JANE DOES 1 THROUGH 4, AND           :
DR. ROGERS,                          :
                                     :
          Defendants.                :

**ORDER**

At Wilmington this 10th day of June, 2008, IT IS ORDERED
that:

Plaintiff shall advise the Court of his correct mailing
address **no later than July 10, 2008**. Mail sent to Plaintiff was
returned as undeliverable on March 6, 2008 (D.I. 56), March 17,
2008 (D.I. 57), and June 9, 2008 (D.I. 60). It is Plaintiff's
obligation to inform the Court of any changes in his address.

**NOTE:  Failure to timely comply with this Order shall result
in dismissal of this case without prejudice.**

UNITED STATES DISTRICT JUDGE