401467/17861

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTIN LOWMAN, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-598-*** |
| | ) |
| v. | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) JURY OF 12 DEMANDED |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

*Via First Class Mail*
Quintin Lowman
8201 State Rd.
Philadelphia, PA 19163
PRO SE

*Via Electronic Service*
Erika Yvonne Tross, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

*Via First Class Mail*
Dr. Dale Rodgers
1575 McKee Road
Suite 201
Dover, DE 19904

*Via First Class Mail*
Dr. Tammy Kastre
First Correctional Medical
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704

*Via First Class Mail*
Dr. Dale Rodgers
First Correctional Medical
1671 West Bird of Paradise Drive
Oro Valley, AZ 85737-7243

PLEASE TAKE NOTICE that the attached Motion will be presented to the Court at the convenience of the Court.

Heckler & Frabizzio, P.A.

Daniel L. McKenty, *DE Bar No. 2689*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant, Dr. Dale Rodgers

401467/17861

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTIN LOWMAN, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-598-*** |
| | ) |
| v. | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) JURY OF 12 DEMANDED |
| | ) |
| Defendants. | ) |

## RULE 7.1 STATEMENT

Because plaintiff is pro se and his address is unknown, the undersigned counsel has not contacted plaintiff to determine his position on this request.

Erika Yvonne Tross, Esquire does not oppose this motion.

Heckler & Frabizzio, P.A.

Daniel L. McKenty, *DE Bar No. 2689*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899
Attorney for Defendant, Dr. Dale Rodgers

401467/17861

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-598-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## MOTION TO ENLARGE TIME

1. The below counsel has filed a Motion to Withdraw for Dr. Dale Rodgers, M.D. (D.I. 54) and the Court issued an Order on May 23, 2008 allowing counsel to withdraw for First Correctional Medical, LLC and Dr. Rodgers.

2. Pursuant to the Order, the court required Dr. Rodgers to retain counsel or appear *pro se* by June 23, 2008.

3. On or about May 28, 2008 the defendants' counsel wrote to Dr. Rodgers at his last known address advising Dr. Rodgers of the Order.

4. On June 18, 2008 defendants' counsel received back the May 28, 2008 letter as "undeliverable attempted unknown".

5. Defendant's counsel sent a similar letter and Order to First Correctional Medical, Inc., which was not returned, but defendants' counsel does not know whether First Correctional Medical, Inc. has advised Dr. Rodgers to retain counsel or appear *pro se*.

401467/17861

      6.    Under the circumstances, defendants' counsel request the Court to enlarge the time to allow Dr. Rodgers to appear *pro se* or to retain counsel.

                                            **Heckler & Frabizzio, P.A.**

                                            Daniel L. McKenty,
                                            *DE Bar No. 2689*
                                            800 Delaware Avenue, Suite 200
                                            PO BOX 128
                                            Wilmington, DE 19899
                                            Attorney for Defendant, Dr. Dale Rodgers

401467/17861

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-598-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## ORDER

And now this _____ day of _____, 2008, having considered *Heckler & Frabizzio, P.A., Daniel L. McKenty, Esquires Motion to Enlarge Time* and any opposition thereto,

It is HEREBY ORDERED that *Heckler & Frabizzio, P.A, Daniel L. McKenty, Esquire's Motion to Enlarge Time* is granted and that Dr. Rodgers will have sixty (60) days from the date of this Order to appear personally or to retain counsel.

_____
J.

401467/17861

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUINTIN LOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-598-*** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, et al., | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on the 30th of June 2008, a copy of this Motion to Enlarge Time was served upon the following individuals:

*Via First Class Mail*
Quintin Lowman
8201 State Rd.
Philadelphia, PA 19163
PRO SE

*Via Electronic Service*
Erika Yvonne Tross, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

*Via First Class Mail*
Dr. Tammy Kastre
First Correctional Medical
1671 West Bird of Paradise Drive
Oro Valley, AZ 85737-7243

*Via First Class Mail*
Dr. Dale Rodgers
First Correctional Medical
1671 West Bird of Paradise Road
Oro Valley, AZ 85737-7243

*Via First Class Mail*
Dr. Dale Rodgers
1575 McKee Road
Suite 201
Dover, DE 19904

Heckler & Frabizzio, P.A.

Daniel L. McKenty, *DE Bar No. 2689*
800 Delaware Avenue, Suite 200
PO BOX 128
Wilmington, DE 19899