IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUINTIN LOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-598-SLR/LPS |
| | ) |
| FIRST CORRECTIONAL MEDICAL, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 28th day of July, 2008.

WHEREAS, documents mailed to the plaintiff were returned as undeliverable on March 6, 2008 (D.I. 56), March 17, 2008 (D.I. 57), June 9, 2008 (D.I. 60), and June 18, 2008 (D.I. 62);

WHEREAS, plaintiff failed to respond to an order (D.I. 61) dated June 10, 2008 requiring plaintiff to advise the Court of his correct mailing address by July 10, 2008; therefore,

IT IS HEREBY ORDERED that this case is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE